**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **RONNEL ANDRES OVALLES GUERRA,**<br>**Petitioner,**<br><br>**v.**<br><br>**LIVIER ALFONZO APARCEDO, LIVIER APARCEDO, and JOSE ALFONZO,**<br>**Respondents.** | **CIVIL ACTION**<br>**NO. 5:26-04055-JLS** |

**ORDER**

**AND NOW**, this 17th day of August, 2026, upon consideration of Petitioner's Verified Complaint and Petition for Return of Child, the trial briefs of both Petitioner and Respondent, and all evidence of record from the evidentiary hearing that was held in this matter, **IT IS HEREBY ORDERED** that Petitioner's Verified Complaint and Petition for Return of Child is **DENIED** for the reasons stated in the accompanying memorandum opinion.

**IT IS FUTHER ORDERED** that the Clerk of Court is directed to mark this case as **CLOSED**.

**BY THE COURT:**

*/s/ Jeffrey L. Schmehl*
**JEFFREY L. SCHMEHL**
United States District Court Judge